IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| REGINALD EUGENE JACKSON, #1018935 | § | |
| VS. | § | CIVIL ACTION NO. 9:04cv235 |
| P. A. YOUNG, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Reginald Eugene Jackson, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who concluded that the complaint should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. It is specifically noted that the factual information provided by the Plaintiff, which was fully developed by a Special Report supplied by the Texas Attorney General, reveals that he received abundant medical care as deemed appropriate by the Defendants. The Defendants did not ignore his serious medical needs. They were not deliberately indifferent. His disagreement with their diagnosis and treatment does not constitute a basis for a potentially

Case 9:04-cv-00235-RC-JKG   Document 36   Filed 07/11/05   Page 2 of 2 PageID #: 521

meritorious civil rights lawsuit. *Estelle v. Gamble*, 429 U.S. 105, 106 (1976). Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the cause of action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **11** day of **July, 2005.**

_____
Ron Clark, United States District Judge